UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAURENCE WILLS, on behalf of himself and all
Others similarly situated,

                                          Plaintiffs,        Case No. 25-cv-05705-PKC-MMH

      -against-                                        **NOTICE OF SETTLEMENT**

GRAND STREET FOOD AND WINE, LLC,

                                          Defendant.

------------------------------------------------------------------------X

       Please take notice that the parties have a settlement in principle the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon the completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated:       December 4, 2025
               New York, New York

                                            **HELBRAUN & LEVEY LLP**

                                            By: _____
                                            Tyler H. Morris, Esq. (TM0999)
                                            40 Fulton Street, 28th Floor
                                            New York, New York 10038
                                            (212) 219-1193
                                            tyler.morris@helbraunlevey.com
                                            *Counsel for Defendant*
                                            *Grand Street Food and Wine, LLC*